IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLORENCE MUSSAT, M.D., S.C., an Illinois Corporation, individually and on behalf class members defined herein, <br><br>           Plaintiff, <br><br>  v. <br><br>HAHNEMANN LABORATORIES, INC.; and ALPINE PHARMACEUTICALS, <br><br>           Defendants. | 14-cv-4786 <br><br> Judge Shadur |

**AMENDED COMPLAINT – CLASS ACTION**

**INTRODUCTION**

1.   Plaintiff Florence Mussat, M.D., S.C., an Illinois Corporation, ("Plaintiff") brings this action to secure monetary and injunctive redress for the illegal actions of Hahnemann Laboratories, Inc. ("Hahnemann") and Alpine Pharmaceuticals. ("Alpine"), (collectively "Defendants") in faxing a form advertisement that violates the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"). A copy of the subject fax is attached as Exhibit A, (the "subject fax" or "the fax").

2.   Under the TCPA, whether or not there is an express invitation for a fax advertisement to be sent requires the sender to provide an opt-out notice.

**JURISDICTION AND VENUE**

3.   This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 47 U.S.C. § 227 ("TCPA"). *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740 (2012); *Brill v. Countrywide Home Loans, Inc.,* 427 F.3d 446 (7th Cir. 2005).

4.   Venue and personal jurisdiction in this District are proper because

Defendants conduct complained of occurred within the District.

## PARTIES

5.   Plaintiff Florence Mussat, M.D., S.C., is an Illinois Corporation with offices in the Chicago metropolitan area that at all times relevant to the Complaint maintained a telephone facsimile machine corresponding with the telephone number (773) 868-3700.

6.   According to the California Secretary of State, Hahnemann Laboratories, Inc. is a California corporation located at 1940 4th Street, San Rafael, CA, 94901, and its registered agent is April Eya, with an address of 14 Crestwood Dr., San Rafael, CA 94901.

7.   Alpine Pharmaceuticals is the marketing division of Hahneman Laboratories, Inc. and exclusively handles the sale of SINECCH™.

## FACTS

8.   Plaintiff received the subject fax advertisement, <u>Exhibit A</u>, on its facsimile machine on or around July 3, 2013.

9.   Defendants are responsible for causing to be sent and/or the sending of the subject fax.

10.   The sender of the subject fax intended the subject fax to reach Plaintiff.

11.   The subject fax requests the recipient to contact Defendants related to Defendants' business.

12.   1.888.SINECCH is a telephone number used by Alpine for its business and conducting business on behalf of Hahnemann.

13.   415-451-6981 is a fax number used by Hahnemann for its business.

## COUNT I – TCPA

14.   Plaintiff incorporates ¶¶ 1-13 above.

15.     An "advertisement" is defined as "any material advertising the commercial availability or quality of any property, goods, or services." 47 U.S.C. § 227(a)(5).

16.     The subject fax, in part states, "The Only Arnica Clinically Proven to Reduce Bruising and Swelling  - We are the Arnica Experts!"  Exhibit A.

17.     The subject fax, in part provides the goods that are offering for sale, the pricing information for those goods, and information on how the recipient of the fax can obtain those goods.

18.     The fax is an open invitation to do business with Defendant Alpine to the exclusion of other providers of Arnica.

19.     Arnica can be bought over the counter at such places as Whole Foods under its 365 Everyday Value® brand.  http://www.wholefoodsmarket.com/products/arnica-gel

20.     The subject fax, Exhibit A, is an "advertisement."

21.     47 C.F.R. § 64.1200 (a) (4) (iv) provides:

A facsimile advertisement that is sent to a recipient that has provided express invitation or permission to the sender must include an opt-out notice that complies with the requirements in paragraph (a) (4) (iii) of this section.

22.     47 C.F.R. § 64.1200 (a) (4) (iii) provides:

The advertisement contains a notice that informs the recipient of the ability and means to avoid future unsolicited advertisements. A notice contained in an advertisement complies with the requirements under this paragraph only if--
(A) The notice is clear and conspicuous and on the first page of the advertisement;
(B) The notice states that the recipient may make a request to the sender of the advertisement not to send any future advertisements to a telephone facsimile machine or machines and that failure to comply, within 30 days, with such a request meeting the requirements under paragraph (a) (4) (v) of this section is unlawful;
(C) The notice sets forth the requirements for an opt-out request under paragraph (a) (4) (v) of this section;
(D) The notice includes--
        (1) A domestic contact telephone number and facsimile machine number for the recipient to transmit such a request to the sender; and

>    (2) If neither the required telephone number nor facsimile machine number is a toll-free number, a separate cost-free mechanism including a Web site address or e-mail address, for a recipient to transmit a request pursuant to such notice to the sender of the advertisement. A local telephone number also shall constitute a cost-free mechanism so long as recipients are local and will not incur any long distance or other separate charges for calls made to such number; and
>
> (E) The telephone and facsimile numbers and cost-free mechanism identified in the notice must permit an individual or business to make an opt-out request 24 hours a day, 7 days a week.

23. The fax does not contain an opt-out notice compliant with 47 C.F.R. § 64.1200 (a) (4) (iii).

24. The TCPA, 47 U.S.C. §227(b)(3), provides:

> Private right of action.
>
> A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State–
>> (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
>> (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or
>> (C) both such actions.
>> If the Court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under the subparagraph (B) of this paragraph.

25. Failure to provide an opt-out notice even when there was consent to receive the fax states a cause of action. *Brodsky v. Humanadental Insurance Co.*, 10 C 3233, 2014 U.S. Dist. LEXIS 80790 * 31-32 (N.D. Ill. June 12, 2014) ("the Court need not determine as a matter of law whether HDIC had consent to send faxes to (847) 991-0152 or whether Brodsky legally revoked that consent when he allegedly called Humana six to eight weeks before May 14, 2008. HDIC can be liable for the faxes regardless of whether it had Brodsky's consent, provided it sent the faxes to *him*.") (emphasis original); *see Whiteamire Clinic, P.A., Inc. v. Quill Corp.*, 12 C 5490, 2013 U.S. Dist. LEXIS 136819 (N.D. Ill. Sept. 24,

2013).

26.     Plaintiff and each class member are entitled to statutory damages.

27.     Defendants violated the TCPA even if their actions were only negligent.

## TCPA - CLASS ALLEGATIONS

28.     Pursuant to Fed. R. Civ. P. 23(a) and 23(b)(2) and 23(b)(3), Plaintiff brings this claim on behalf of a class consisting of:

> All persons in Illinois who were sent one or more faxes on or after June 25, 2010, that advertised the commercial availability of SINECCHI which did not contain an opt-out notice described in 47 U.S.C. § 227.

29.     On information and belief, the class is so numerous that joinder of all members is impractical. Plaintiff alleges on information and belief that there are more than 40 members of the proposed class.

30.     There are questions of law and fact common to the class that predominate over any questions affecting only individual class members. The predominant common question is whether Defendants' form faxes failed to provide the proper opt-out notice.

31.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has already been found by one court to be an adequate class representative in another TCPA unsolicited faxed advertisement case by "participating actively" in the case. *Florence Mussat, M.D., S.C. v. Global Healthcare Resources, LLC,* 11-cv-7035, 2013 U.S. Dist. LEXIS 35107 * 13 (N.D. Ill. Mar. 13, 2013).

32.     Plaintiff has retained counsel experienced in handling class actions and claims involving unlawful business practices.

33.     A class action is an appropriate method for the fair and efficient adjudication of this controversy. The interest of class members in individually controlling the

prosecution of separate claims against Defendant are small because it is not economically feasible to bring individual actions.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and the class and against Defendant for:

   a. Statutory damages under the TCPA;

   b. An injunction against the further transmission of faxes that fail to provide an opt-out notice;

   c. Costs of suit;

   d. Such other or further relief as the Court deems just and proper.

>Respectfully submitted,
>
>s/ Curtis C. Warner
>  Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
325 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

# EXHIBIT A

# SINECCH™ and SINECCHi™

Use SINECCH For Post-Op Recovery and SINECCHi for Recovery From Dermal Fillers and Minor Procedures. Each Patient Will Require One Package For Recovery.
The Only Arnica Clinically Proven to Reduce Bruising and Swelling - We are the Arnica Experts!

## ORDER FORM

| | SINECCH™ For Post-Op Recovery | | MSRP $29.95 | BILLED | PREPAID (-2%) |
|---|---|---|---|---|---|
| 1 | Shelf Pack | 16 boxes | $19.95 each | $319 _____ | $312 _____ |
| 2 | Shelf Packs | 32 boxes | $19.95 each | $638 _____ | $624 _____ |
| 3 | Shelf Packs | order a case instead for same price | | | |
| 1 | Case | 64 boxes | $15.00 each | $960 _____ | $940 _____ |
| 2 | Cases | 128 boxes | $14.00 each | $1792 _____ | $1752 _____ |

| | SINECCHi™ For Fillers and Minor Procedures | | MSRP $12.95 | BILLED | PREPAID |
|---|---|---|---|---|---|
| 1 | Starter | 12 boxes | $6.25 each | $75.00 ____ | $73.50 ____ |
| 1 | Shelf Pack | 36 boxes | $5.75 each | $207.00 ____ | $202.86 ____ |
| 1 | ½ Case | 72 boxes | $5.45 each | $392.40 ____ | $384.55 ____ |
| 1 | Case | 144 boxes | $5.25 each | $756.00 ____ | $740.88 ____ |

PRODUCT TOTAL _____

| Shipping & Handling by UPS | Ground | 2nd Day | Next Day | |
|---|---|---|---|---|
| Less than a Case | $9 | $16 | $30 | SHIPPING _____ |
| CASE | $9 | $20 | $50 | |

Total _____

SHIP TO: _____

c/o _____

address _____

city _____ state _____ zip _____

telephone _____ fax _____

email _____

Bill ____ Credit Card AmEx __ MC __ Visa __ # _____ Exp ___/___

Signature _____

Call Toll-Free 1.888.SINECCH, or Fax this form to: *ALPINE PHARMACEUTICALS*
1940 Fourth St, San Rafael, CA 94901 | 888.746.3224 | 415.451.6981 fax | USA

10/2012