## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Florence Mussat, M.D., S.C.

                                                Plaintiff,

v.                                                                        Case No.: 1:14−cv−04786

                                                                       Honorable Milton I. Shadur

Hahnemann Laboratories, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 24, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: Motion hearing held on 11/24/2014. MOTION by plaintiff Florence Mussat, M.D., S.C. to dismiss without prejudice [37] is granted. Status set for 12/16/2014 is vacated. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.